# EXHIBIT 1

**ForPro Stainless Steel Pedi File Refill, 180 Grit, White, EZ-Strip Peel Pedicure Refill Pads, 1.25" W x 4" L, 50-Count**
by ForPro



**ForPro Stainless Steel Pedi File Refill, 80 Grit, Black, EZ-Strip Peel Pedicure Refill Pads, 1.25" W x 4" L, 50-Count**
by ForPro



**Nail Polish Display Ring**
by ForPro

