# EXHIBIT 3

## COMPARISON OF FORPRO AND BEAUTICOM PRODUCTS

ACTUAL FORPRO COZIES
HAND AND FOOT LINERS

BEAUTICOM VERSION OF FORPRO
COZIES HAND AND FOOT LINERS
CLEARLY COUNTERFEIT (SOLD VIA FBA)


