NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DYKEMA GOSSETT LLP
Jon D. Cantor (SBN 91852)
jdcantor@dykema.com
Abirami Gnanadesigan (263275)
agnanadesigan@dykema.com
333 S. Grand Avenue, Suite 2100, Los Angeles, CA 90071
Telephone: (213) 457-1805; Facsimile: (213) 457-1850

ATTORNEY(S) FOR: Plaintiff, TNG WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TNG WORLDWIDE, INC., a Michigan Corporation<br>Plaintiff(s),<br>v.<br>BEAUTICOM, INC., a California Corporation<br>Defendant(s) | CASE NUMBER:<br>2:19-cv-2802<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff, TNG WORLDWIDE, INC._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TNG WORLDWIDE, INC., a Michigan Corporation | Plaintiff |
| BEAUTICOM, INC., a California Corporation | Defendant |
| Lawrence D. Gaynor | President and Director of Plaintiff |

April 11, 2019                               /s/ Abirami Gnanadesigan
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, TNG WORLDWIDE, INC.