**DYKEMA GOSSETT LLP**
Jon D. Cantor (SBN: 91852)
*jdcantor@dykema.com*
Abirami Gnanadesigan (SBN: 263375)
*agnanadesigan@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Plaintiff
TNG Worldwide, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TNG WORLDWIDE, INC., a Michigan Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BEAUTICOM, INC., a California Corporation<br><br>    Defendant. | Case No. 2:19-cv-2802<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TNG WORLDWIDE, INC PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Complaint Filed:   April 10, 2019 |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff TNG Worldwide, Inc. ("TNG"), hereby states that there is no parent corporation of TNG and no publicly-held corporation owns 10 percent or more of TNG's stock.

                Respectfully submitted,

Dated: April 11, 2019      DYKEMA GOSSETT LLP

By: /s/ *Abi Gnanadesigan*
    Jon D. Cantor
    Abi Gnanadesigan
    Attorneys for Plaintiff
    TNG WORLDWIDE, INC.

063077.000271 4830-3616-6547.1