| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Abirami Gnanadesigan SBN 263375<br>DYKEMA GOSSETT LLP<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071<br>ATTORNEY FOR   Plaintiff | (213) 457-1800 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>TNG Worldwide Inc. v. Beauticom Inc. | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>2:19-cv-02802 RSWL (SSx) |
| | **Declaration of Service** | Ref. No. or File No:<br>063077-000001 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Corporate Disclosure Statement; Notice of Assignment to United States Judges; Notice to parties of Court Directed ADR Program;

On: **BEAUTICOM, INC., a California Corporation, Cherng C. Hua- Agent for Service**

By Serving Cherng C. Hua, President, Agent for Service

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **5525 Peck Rd   Arcadia, CA 91006**

On: **4/15/2019**          Date: **01:55 PM**

In the above mentioned action by serving to and leaving with
**Mike L.  (Gender: M Age: 40 Height: 6'0 Weight: 195 Race: Asian  Hair: Black  Other: )
Manager**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

   a. Name: **Juan J. Medina**
   b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
   c. Telephone number: **213-628-6338**
   d. **The fee** for this service was: **169.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Juan J. Medina          Date: 04/17/2019

Declaration of Service          Invoice #: 2633634

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Abirami Gnanadesigan SBN 263375<br>DYKEMA GOSSETT LLP<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071<br>ATTORNEY FOR   Plaintiff | (213) 457-1800 | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | |
|---|---|

| SHORT TITLE OF CASE:<br>TNG Worldwide Inc. v. Beauticom Inc. | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:19-cv-02802 RSWL (SSx) |
|---|---|---|---|
| | **Declaration of Service by Mail** | | Ref. No. or File No:<br>063077-000001 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **04/16/2019**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Corporate Disclosure Statement; Notice of Assignment to United States Judges; Notice to parties of Court Directed ADR Program;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Los Angeles**, California, addressed as follows:

**BEAUTICOM, INC., a California Corporation, Cherng C. Hua- Agent for Service**
**5525 Peck Rd   Arcadia, CA 91006**


Declarant:

   a. Name: **Anneliese Acosta**
   b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
   c. Telephone number: **213-628-6338**
   d. **The fee** for this service was: **169.50**


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Anneliese Acosta                                      Date: **04/16/2019**