DYKEMA GOSSET LLP
Jon D. Cantor (SBN: 91852)
Email jdcantor@dykema.com
Abirnmi Gnanadesigan (SBN: 263375)
Email: agnanadesigan@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Plaintiff,
TNG WORLDWIDE, INC.

MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmandour@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone (858) 487-9300
Attorneys for Defendant,
BEAUTICOM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| TNG WORLDWIDE, INC., a Michigan Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>BEAUTICOM, INC., a California Corporation,<br><br>       Defendant. | **Case No. 2:19-cv-2802-RSWL-SS**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge: Honorable Ronald S.W. Lew<br><br>Complaint Served:  April 15, 2019<br>Current Response Date:  May 6, 2019<br>New Response Date:  June 5, 2019 |

Plaintiff TNG Worldwide, Inc. ("TNG") and defendant Beauticom, Inc. ("Beauticom"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS this action was filed by TNG on April 11, 2019;

WHEREAS the Summons and Complaint was served on Beauticom on April 15, 2019;

WHEREAS, Beauticom's response to the Complaint is currently due on May 6, 2019;

WHEREAS, no previous extensions of time to respond to the Complaint have been requested or given;

1    IT IS HEREBY STIPULATED AND AGREED, by and between the

2  undersigned counsel, that, pursuant to Local Rule 8-3, the deadline for Beauticom

3  to respond to the Complaint is extended 30 days to and including June 5, 2019.

4    IT IS SO STIPULATED:

5

6

7                                    **DYKEMA GOSSET LLP**

   Date: May 1, 2019

8

9
                                     _____/s/ Abirnmi Gnanadesigan_____
10                                   Abirnmi Gnanadesigan (SBN: 263375)

11                                   Email: agnanadesigan@dykema.com
                                     Attorneys for Plaintiff,
12                                   TNG WORLDWIDE, INC.

13

14                                   **MANDOUR & ASSOCIATES, APC**

   Date: May 1, 2019

15

16
                                     _____/s/ Ben T. Lila_____
17                                   Ben T. Lila (SBN 246808)

18                                   Email: blila@mandourlaw.com
                                     Attorneys for Defendant,
19                                   BEAUTICOM, INC.

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF filing system, which will provide notice of the same on the following:

       Jon David Cantor
       Email: jdcantor@dykema.com
       Dykema Gossett LLC
       Abirami Gnanadesigan
       Email: agnanadesigan@dykema.com
       333 South Grand Avenue No 2100
       Los Angeles, CA 90071
       Telephone: (213) 457-1800
       Facsimile: (213) 457-1850
       Email: jdcantor@dykema.com


Dated:  <u>May 1, 2019</u>

                                  /s/ Ben T. Lila
                             Ben T. Lila